**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MARK C. WAGES**                                                                                              **PLAINTIFF**

**v.**                                                        **4:11CV00561 BRW**

**SECURITY NATIONAL INSURANCE COMPANY**                                **DEFENDANT**

**ORDER**

On April 30, 2007, Plaintiff was in a car wreck that arose out of his employment with Russell & LeMay Plumbing Heating & Air.[1] After Plaintiff settled his claims with the insurance company of the negligent driver who caused the accident, Plaintiff filed this suit for underinsured motorist benefits against Defendant. Plaintiff and Defendant have agreed to settle this case for $212,500.00. Russell & LeMay Plumbing Heating & Air claims a lien for worker's compensation benefits it paid Plaintiff, and has agreed to settle its subrogation claim for $500 to be taken out of the proposed settlement between Plaintiff and Defendant.

On March 21, 2012, Plaintiff, Russell & LeMay Plumbing Heating & Air, and Bridgefield Casualty Insurance Company, Inc. (the worker's compensation carrier for Russell & LeMay Plumbing Heating & Air) jointly petitioned for the approval of compromise and settlement distribution of proceeds under Arkansas Code Annotated § 11-9-410. Defendant does not object. Accordingly, the Petition for Approval of Compromise Settlement & Distribution of Proceeds (Doc. No. 8) is APPROVED.

IT IS SO ORDERED this 28th day of March, 2012.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 8.